IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAD D. CORREA and KERI L. CORREA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, AS TRUSTEE FOR SOUNDVIEW ) <br> HOME TRUST 2006-EQ1, ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-10592 |

**ORDER ON DEFENDANT'S MOTION
TO ALLOW PRE-RULE 26(f) CONFERENCE SUBPOENA**

Upon consideration of Deutsche Bank National Trust Company, as Trustee for Soundview Home Trust 2006-EQ1's ("DB") Motion to Allow Pre-Rule 26(f) Conference Subpoena, and in order to coordinate just and speedy discovery in this matter, the Court hereby <u>ALLOWS</u> DB to serve a subpoena on TD Bank North for documents related to Plaintiffs' bank account(s) from which the mortgage payments attached to their Complaint were allegedly made including bank statements, cancelled checks, and other mortgage payment records.

So ordered,

_____
The Honorable George A. O'Toole Jr.

Dated: 6/7/10