UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10592

BRAD D. CORREA and KERI L. CORREA,
Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
A TRUSTEE FOR SOUNDVIEW HOME TRUST 2006-EQI,
Defendant.

OPINION AND ORDER
June 10, 2010

O'TOOLE, D.J.

The plaintiffs, Brad D. Correa and Keri L. Correa (collectively, the "Correas"), have brought a four count complaint against the defendant, Deutsche Bank National Trust Company ("Deutsche Bank"), challenging the origination and servicing of their mortgage loan. Deutsche Bank has moved to dismiss Counts I and IV, alleging violation of Massachusetts General Laws chapter 183C and 93A, respectively. The Correas do not oppose dismissal of Count I.

Deutsche Bank contends that Count IV must be dismissed because the Correas failed to serve it with a demand letter as required by Chapter 93A, § 9. The complaint alleges that the Correas sent their demand letter to Deutsche Bank's foreclosing attorney, Reneau Longoria of Doonan, Graves & Longoria LLC. The Correas contend that service on the foreclosing attorney constitutes sufficient service on Deutsche Bank; whereas, Deutsche Bank argues that the foreclosing attorney was not authorized to accept service of the demand letter. Resolution of this issue will depend on the development of the facts, and it cannot be said from the face of the complaint that Deutsche Bank was not sent a demand letter.

Alternatively, Deutsche Bank asserts that Count IV must be dismissed because the demand letter fails to describe any unfair or deceptive conduct committed by it as required by Chapter 93A, § 9. This argument is contrary to fact. The demand letter specifically identifies the unfair and deceptive conduct: "your attempts to foreclose on [the Correas'] home" in light of the mortgage servicer's failure to credit payments, refusal to accept payments, and failure to correct errors. (See First Am. Compl. Ex. 17.) Because Deutsche Bank was the only entity attempting to foreclose on the home and because the demand letter was sent to its foreclosing attorney, Deutsche Bank should have understood "your attempts" to be a description of its actions.

For the foregoing reasons, the defendant's Motion to Dismiss Counts I and IV of Plaintiffs' First Amended Complaint for Failure to State a Claim (dkt. no. 2) is GRANTED as to Count I and DENIED as to Count IV.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge