UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-10592-GAO


BRAD D. CORREA and
KERI L. CORREA,
Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR SOUNDVIEW HOME TRUST 2006-EQ1,
Defendant.


ORDER
March 31, 2011

O'TOOLE, D.J.

After consideration of the plaintiffs' motion to dismiss (dkt. no. 19) and the defendant's qualified opposition thereto, this action is DISMISSED WITH PREJUDICE. In the circumstances, the defendants' sealed motion for sanctions (dkt. no. 13) is DENIED without address to its merits. Any other pending motions are MOOT.

It is SO ORDERED.


    /s/ George A. O'Toole, Jr.
United States District Judge